IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VAUGHN DAMON WILSON                                              PLAINTIFF

v.                          Civil No. 09- 2025

CITY OF ALMA;
ALMA CITY COURT; and
STATE OF ARKANSAS                                                DEFENDANTS

## ORDER

Vaughn Damon Wilson submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted. The matter of service will be determined at a later time.

IT IS SO ORDERED this 17 day of March 2009.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 19 2009

CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK

AO72A
(Rev. 8/82)